**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVIVSION**

| | |
|---|---|
| **LEANDER SHEPARD**<br>Reg. No. 15079-010 | **PLAINTIFF** |
| v. | Case No. 2:20-cv-00110 KGB-JTK |
| **DEPARTMENT OF JUSTICE**<br>**BUREAU OF PRISON** | **DEFENDANTS** |

**ORDER**

The Court withdraws the reference to United States Magistrate Judge Jerome T. Kearney. Plaintiff Leander Shepard filed this *pro se* 28 U.S.C. § 2241 petition seeking compassionate release due to the COVID-19 pandemic. Venue is proper in the Western District of Arkansas; and the interests of justice would best be served by transferring this case there. 28 U.S.C. § 1391(b)(1)–(2); 28 U.S.C. § 1406(a). This case is therefore transferred to the United States District Court for the Western District of Arkansas, Fayetteville Division. The transfer is immediate because the receiving Court is in the Eighth Circuit too. *Cf. In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

It is so ordered this 26th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE